**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **IN RE:** <br><br> **STACI WRIGHT** <br> XXX-XX-8986 <br> 166 Chrissa Drive <br> Pottsboro, TX 75076 <br><br> **DEBTOR** | Case No.: 18-41677-R <br><br><br> Chapter: 11 |
| **STACI WRIGHT,** <br><br> Plaintiff, <br><br> v. <br><br> **GREGORY S. MENTA,** <br><br> Defendant. | Adversary Case No.: 19-04021 |

## SUPPLEMENT TO
## MELISA ANGELA CHRISTIAN'S MOTION FOR SUMMARY JUDGMENT
## [Fed.R.Civ.P. 56(c)]

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

  **COMES NOW**, **Staci Wright**, the debtor and plaintiff herein ("**Wright**" or "**Plaintiff**"), and files this *Supplement to Staci Wright's Motion for Summary Judgment [Fed.R.Civ.P. 56(c)]* ("**Supplement**") by and through the undersigned attorney.

  1. This Supplement is a compendium of the evidence referenced in *Stacis Wright's Motion for Summary Judgment [Fed.R.Civ.P. 56(c)]* ("**Motion**") filed contemporaneously herewith.

2. The exhibits attached hereto are indexed below for the convenience of the Court.

| Exhibit | Description | Page Number |
|---|---|---|
| 1 | Bankruptcy Court Docket for *In re Wright*, 18-41677, filed in the Eastern District of Texas, Sherman Division ("**Bankruptcy Case**") | SW001 |
| 2 | Proof of Claim filed by Gregory S. Menta in the Bankruptcy Case [claim 16-1] | SW007 |
| 3 | Wright's Bankruptcy Schedules [Docket Entry No. 15] | SW069 |
| 4 | Save Phace, Inc. List of Equity Security Holders filed in *In re Save Phace, Inc.*, Eastern District of Texas, Sherman Division, 14-40766 | SW118 |
| 5 | List of Equity Security Holders filed in *In re TTAC, Inc.*, Eastern District of Texas, Sherman Division, 14-40765 | SW119 |
| 6 | List of Equity Security Holders filed in *In re JSAJ, LLC*, Eastern District of Texas, Sherman Division, 14-40767 | SW120 |
| 7 | Bankruptcy Court Docket for *In re TTAC* and *Save Phace, Inc., Reorganized Consolidated Debtor*, 14-40765, filed in the Eastern District of Texas, Sherman Division ("**Save Phace Bankruptcy Case**") | SW121 |
| 8 | Confirmed Final Plan in the Save Phace Bankruptcy Case | SW172 |
| 9 | Findings of Fact and Conclusions of Law re: Confirmed Final Plan in the Save Phace Bankruptcy Case | SW266 |
| 10 | Confirmation Order re: Confirmed Final Plan in the Save Phace Bankruptcy Case | SW273 |
| 11 | Post Confirmation Modification Order re: Confirmed Final Plan in the Save Phace Bankruptcy Case | SW278 |

|                                   |                                                      |
|-----------------------------------|------------------------------------------------------|
|                                   | Respectfully submitted,                              |
| Dated: **February 18, 2019**      | */s/ Robert T. DeMarco*                              |

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**  robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**  mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**  972-578-1400
**F**  972-346-6791
**Counsel for Staci Wright, Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **18th day of February, 2019**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first class mail.

### PLAINTIFF

**Ms. Staci Wright**
166 Chrissa Drive
Pottsboro, TX 75076

### TRUSTEE

**Office of the United States Trustee**
110 N. College Avenue
Suite 300
Tyler, TX 75702

### DEFENDANT

**Gregory Menta**
c/o Sean J. McCaffity
Sommerman, McCaffity & Quesada, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791